**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | FBI/ MSP |
| **City** Lynn | **Related Case Information:** | | |
| **County** Essex | Superseding Ind./ Inf. _____ | Case No. _____ | |
| | Same Defendant _____ | New Defendant _____ | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number  23-8105; 23-8106 | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| Defendant Name | Trevor Jones | Juvenile: | ☐ Yes  ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes  ☑ No |
| Alias Name | "Ice" | | |
| Address | (City & State)  22 Elm Road Apartment 1 Revere | | |
| Birth date (Yr only): 1977   SSN (last4#): 3622   Sex M   Race: Black   Nationality: USA | | | |
| **Defense Counsel if known:** | Leslie Salter (state case) | Address  30 Federal St Salem, MA 01970 | |
| **Bar Number** | | | |

**U.S. Attorney Information:**

| | | | |
|---|---|---|---|
| **AUSA** | Elizabeth Riley | Bar Number if applicable | 679537 |

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☑ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**  03/23/2023

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at  Nashua Street     ☐ Serving Sentence     ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  05/02/2023              Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Trevor Jones

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1591(a)(1),(b)(1) | Sex Trafficking by Force, Fraud, and Coercion | 1 |
| Set 2 | 18 U.S.C. § 1591(a)(1),(b)(1) | Sex Trafficking by Force, Fraud, and Coercion | 2 |
| Set 3 | 18 U.S.C. § 1591(a)(1),(b)(1) | Sex Trafficking by Force, Fraud, and Coercion | 3 |
| Set 4 | 18 U.S.C. § 1591(a)(1),(b)(1) | Sex Trafficking by Force, Fraud, and Coercion | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____